AO 91 (Rev. 11/11) Criminal Complaint AUSA Michelle Petersen (312) 886-7655

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 21 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

DANTRELL WILLIAMS
(a/k/a "Savage")

CASE NUMBER: 15CR 518

MAGISTRATE JUDGE ROWLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 22, 2015, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | knowingly possessing in and affecting interstate commerce a firearm, namely, a Romarm/Cugir, GP WASR 10/63, .762-caliber semi-automatic rifle, bearing the serial number UH-7989-2001, after previously having been convicted of a crime punishable by a term of imprisonment exceeding one year |

This criminal complaint is based upon these facts:

_X_ Continued on the attached sheet.

JESSICA SALLEY
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Sworn to before me and signed in my presence.

Date: August 21, 2015

*Judge's signature*

City and state: Chicago, Illinois

MARY M. ROWLAND, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS ) ss

**AFFIDAVIT**

I, JESSICA SALLEY, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, and have been so employed since 2005. My current responsibilities include the investigation of narcotics, firearm trafficking offenses and gang investigations.

2. This affidavit is submitted in support of a criminal complaint alleging that DANTRELL WILLIAMS has violated Title 18, United States Code, Section 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WILLIAMS with possession of a firearm by a felon, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and the experience of those agents, as well as review of Chicago Police Department reports.

4. Based on the information contained in this Affidavit, I submit that there is probable cause to believe that, on or about March 22, 2015, DANTRELL WILLIAMS (a/k/a "Savage"), having previously been convicted of a crime

punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Romarm/Cugir, GP WASR 10/63, .762-caliber, semi-automatic rifle, bearing the serial number UH-7989-2001, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm; in violation of Title 18, United States Code, Section 922(g)(1).

**FACTS IN SUPPORT OF PROBABLE CAUSE**

**Arrest of WILLIAMS on March 22, 2015**

5. On the evening of March 22, 2015, at approximately 11:05 p.m., Chicago Police Officers on routine patrol were traveling westbound on Huron Street in the direction of Monticello Avenue. As the officers approached the intersection, they observed a dark colored, four-door Chrysler traveling north on Monticello Avenue towards the same intersection. The driver of the Chrysler was later identified as DANTRELL WILLIAMS, and there were also two passengers in the car. The officers observed the Chrysler fail to stop at the stop sign on Monticello Avenue, and then make a wide right turn onto Huron, almost striking the officers' patrol car.

6. After the officers observed the Chrysler fail to stop at the stop sign, the officers began to follow the car. Officers activated the lights and sirens on their marked patrol car, and the driver of the car, later identified as DANTRELL WILLIAMS, turned the headlights of the car off and continued driving. The officers continued to pursue the car, and the car proceeded to drive through alleys and down

side streets at a high rate of speed. The pursuit concluded when another patrol car blocked the Chrysler's path and the pursuing officers pulled up behind the Chrysler. As there was a patrol car in front of and another behind the Chrysler, the Chrysler was stopped at approximately 756 N. Spaulding Avenue.

7. As the Chrysler came to a stop, the passenger in the back seat exited the vehicle and began running away from the Chrysler. Officers approached the Chrysler, and asked WILLIAMS, who was still in the driver's seat, to exit the vehicle. WILLIAMS was handcuffed and placed in a police vehicle. The front seat passenger was also asked to exit the vehicle, and was handcuffed and placed in a police vehicle. In addition to committing multiple traffic infractions, WILLIAMS was also driving the car on a suspended license in violation of state law.

**Discovery of the Rifle**

8. After WILLIAMS and the other passenger were removed from the car, officers observed in plain sight a large rifle in the backseat of the vehicle. The rifle was recovered, and later identified a Romarm/Cugir, GP WASR 10/63, .762-caliber, semi-automatic rifle, bearing the serial number UH-7989-2001. The rifle was loaded with approximately thirty bullets.

**Interstate Nexus of the Handgun**

9. On August 21, 2015, an ATF special agent who is trained in determining the origin of firearm and ammunition manufacturing determined that the Romarm/Cugir, GP WASR 10/63, .762-caliber semi-automatic rifle, bearing serial number UH-7989-2001 recovered from the automobile driven by WILLIAMS

was not manufactured in the State of Illinois. Therefore, the rifle recovered from WILLIAMS's automobile must have previously traveled in interstate commerce.

## WILLIAMS's Criminal History

10. According to records obtained from the Chicago Police Department, WILLIAMS has one prior felony conviction. Specifically, WILLIAMS was convicted on or about April 25, 2014, in the Circuit Court of Cook County, Illinois, for possession of a controlled substance and sentenced to 18 months' probation.

## CONCLUSION

11. Based on the foregoing, I believe there is probable cause to believe that, on or about March 22, 2015, defendant DANTRELL WILLIAMS, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Romarm/Cugir, GP WASR 10/63, .762-caliber, semi-automatic rifle, bearing the serial number UH-7989-2001, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm; in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

JESSICA SALLEY
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED AND SWORN to before me on August 21, 2015.

MARY M. ROWLAND
United States Magistrate Judge